# United States District Court
# Central District of California

| | |
|---|---|
| JEFF PERRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>L-3 COMMUNICATIONS CORPORATION; L-3 COMMUNICATIONS OCEAN SYSTEMS DIVISION; DOES 1-100, inclusive,<br><br>　　　　　Defendants. | Case No. 14-cv-03759-ODW(AGRx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

　　　In light of the Notice of Settlement (ECF No. 22), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **by June 22, 2015**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　　**IT IS SO ORDERED.**

　　　May 6, 2015

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**